AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: _____ |
| | ) | USM No: _____ |
| | ) | |
| Date of Previous Judgment: _____ | ) | _____ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of _____ months **is reduced to** _____ .

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____           s/ Fred Van Sickle
                                    _____
                                    Judge's signature

Effective Date: _____       _____
(if different from order date)      Printed name and title